IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01569-RPM-KMT

DEBBIE SEME

    Plaintiff,

v.

.E & H PROFESSIONAL SECURITY CO., INC. and
EAGLE HOMELAND SECURITY, INC.,

    Defendants.

**ORDER**

This matter is before the court on a review of the file. On February 18, 2009, an Answer to the Complaint was filed on behalf of Defendants E & H Professional Security Co., Inc. and Eagle Homeland Security, Inc. (Doc. No. 14.) The Answer was signed by Connie Edwards, appearing *pro se*.

It is a "long-standing rule that a corporation must be represented by an attorney to appear in federal court." *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) (footnote and citations omitted). A corporation cannot appear through a non-attorney corporate officer appearing *pro se*. *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001). Thus, pleadings filed by a non-attorney officer appearing *pro se* are not properly before the court and must be stricken. Accordingly, the Answer of Defendants E & H Professional Security Co., Inc. and Eagle

Homeland Security, Inc. (Doc. No. 14.) is STRICKEN. Defendants shall obtain counsel no later than May 1, 2009.

Dated this 2nd day of April, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge