IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01569-RPM-KMT

DEBBIE SEME

    Plaintiff,

v.

E & H PROFESSIONAL SECURITY CO., INC. and
EAGLE HOMELAND SECURITY, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The letter (Doc. No. 26, filed May 20, 2009) filed by Connie Edwards on behalf of Defendants E & H Professional Security Co. Inc., and Eagle Homeland Security, Inc., construed by this court as a motion for reconsideration of the entry of default against the defendants, is STRICKEN.  As the court stated in its order dated April 2, 2009, a corporation must be represented by an attorney to appear in federal court.  (*See* Doc. No. 18.)  Defendants shall have an extension up to and including July 31, 2009, to obtain counsel and to file, through counsel, a motion for reconsideration of the entry of default.

Dated: May 21, 2009