IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-01569-RPM-KMT | FTR |
| Date: March 17, 2010 | Debra Brown, Deputy Clerk |
| DEBBIE SEME | Jim Abrams |
| | Johanna Brammer-Hoelter |
| Plaintiffs. | Elisa Moran |
| v. | |
| E & H PROFESSIONAL SECURITY CO., INC. | Connie Edwards, pro se |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:01 a.m.**

Court calls the case. Appearances of Counsel. Also present is Debbie Seme, plaintiff. There is no appearance by Defendants.

Opening statements by the Court.

Plaintiff's [33] MOTION for Default Judgment as to all Defendants filed September 18, 2009 at issue.

Plaintiff's witness Debra Ann Seme sworn.

9:08 a.m.   Direct Examination of Ms. Seme by Mr. Abrams.

9:43 a.m.   Argument by Mr. Abrams

9:50 a.m.   Witness excused.

**ORDERED:** A written Report and Recommendation will be issued.

**Court in recess: 9:52 a.m.**
Total In-Court Time 0:51; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.