IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01569-RPM

DEBBIE SEME,

        Plaintiff,

v.

E & H PROFESSIONAL SECURITY CO., INC., and
EAGLE HOMELAND SECURITY, INC.,

        Defendants.

_____

ORDER FOR ENTRY OF FINAL JUDGMENT
_____

Upon consideration of the Recommendation of United States Magistrate Judge Kathleen M. Tafoya, filed March 19, 2010, and the supporting papers for the plaintiff's motion for default judgment, the Court now adopts and incorporates by this reference the findings of fact and conclusions of law contained in the recommendation and upon that basis, it is

ORDERED that judgment shall enter for the plaintiff Debbie Seme to recover from the defendants E & H Professional Security Co., Inc., and Eagle Homeland Security, Inc., the amount of $30,560.00 for back pay wages plus pre-judgment interest in the amount of .041 per cent accruing from August 7, 2007, until entry of judgment; $50,000.00 for compensatory damages; $50,000.00 for punitive damages; fees in the amounts of $19,225.00; and costs in the amount of $463.75, for a total judgment of $150,248.75.

DATED: April 16th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge